Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-482

**Effective Date of Registration:**
May 30, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Feathered Friends |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1995 |
| **Date of 1st Publication:** | March 23, 1995 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Lynn Bywaters |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lynn Bywaters |
| | 21 Arrowhead Drive, Glastonbury, CT, 06033, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Lynn Bywaters |
| **Email:** | bywaterslynn@sbcglobal.net |
| **Address:** | 21 Arrowhead Drive |
| | Glastonbury, CT 06033 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 30, 2024 |
| **Applicant's Tracking Number:** | LB2024053002 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-467**

**Effective Date of Registration:**
May 30, 2024
**Registration Decision Date:**
September 26, 2024

## Title

| | |
|---|---|
| Title of Work: | Christmas Parade |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1990 |
| Date of 1st Publication: | August 13, 1990 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Lynn Bywaters |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Lynn Bywaters |
| | 21 Arrowhead Drive, Glastonbury, CT, 06033, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Lynn Bywaters |
| Email: | bywaterslynn@sbcglobal.net |
| Address: | 21 Arrowhead Drive |
| | Glastonbury, CT 06033 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | May 30, 2024 |
| Applicant's Tracking Number: | LB2024053001 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-485**

**Effective Date of Registration:**
May 30, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

**Title of Work:** Santa's Workshop

## Completion/Publication

**Year of Completion:** 1990
**Date of 1st Publication:** September 24, 1990
**Nation of 1st Publication:** United States

## Author

- **Author:** Lynn Bywaters
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lynn Bywaters
21 Arrowhead Drive, Glastonbury, CT, 06033, United States

## Rights and Permissions

**Name:** Lynn Bywaters
**Email:** bywaterslynn@sbcglobal.net
**Address:** 21 Arrowhead Drive
Glastonbury, CT 06033 United States

## Certification

**Name:** David Denholm
**Date:** May 30, 2024
**Applicant's Tracking Number:** LB2024053003

Page 1 of 2

