IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LYNN BYWATERS,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-03143

Judge Matthew F. Kennelly

Magistrate Judge Jeannice W. Appenteng

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
| --- | --- |
| 4 | yes shop |
| 16 | futingjie123 |
| 21 | Chiyuchao Co., Ltd. |
| 24 | QINGXIAOS |
| 26 | jinzPJ |
| 29 | YXEEYCHEN |
| 30 | Sheng Yichang toys |
| 31 | Yueanming Co., Ltd. |
| 32 | Weyolog |
| 33 | HFJjyitg |
| 35 | Renxi Sports Co., Ltd. |
| 40 | Handied |
| 41 | RTjhglhi |
| 45 | Quickwittc |
| 46 | Cassaker |

DATED:  May 2, 2025                     Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 2, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                         */s/ Keith A. Vogt*
                                         Keith A. Vogt